UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

25 MAG 2491

IN THE MATTER OF            )
                            )
THE EXTRADITION OF          )   Misc. No. _____
                            )
JULIUS FELIX MARIA KRAUSE   )

SEALED COMPLAINT
(18 U.S.C. § 3184)

I, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1.  In this matter, I represent the United States in fulfilling its treaty obligation to the Government of the Federal Republic of Germany ("Germany").

2.  There is an extradition treaty in force between the United States and the Government of Germany[1] (referenced hereafter as the "Treaty").

3.  Pursuant to the Treaty, the Government of Germany has submitted a formal request through diplomatic channels for the extradition of JULIUS FELIX MARIA KRAUSE (the "Extradition Request"), including to take KRAUSE into detention until extradition.

4.  Stacy Hauf, an Attorney Adviser in the Office of the Legal Adviser for the U.S. Department of State, has provided the U.S. Department of Justice with a declaration (the "Declaration") authenticating a copy of the diplomatic note by which the Government of Germany made its request for extradition, stating that Article 2 of the Treaty covers the offenses for which the Government of Germany seeks extradition, and confirming that the documents supporting the request for extradition bear the certificate or seal of the Ministry of Justice, in accordance with Article 29 of the Treaty, so as to enable them to be received in evidence.

5.  The Declaration with its attachments, including copies of the diplomatic note from the Government of Germany and the Treaty, and the certified documents submitted by the Government of Germany in support of the request, are attached hereto as Exhibit A and are incorporated herein by reference.

---

[1] *See* Treaty Between the United States of America and the Federal Republic of Germany Concerning Extradition, U.S.–F.R.G., June 20, 1978, T.I.A.S. No. 9785, *as amended by* the Supplementary Extradition Treaty with the Federal Republic of Germany, U.S.–F.R.G., Oct. 21, 1986, S. TREATY DOC. NO. 100-6 (1987), *and* the Second Supplementary Treaty to the Treaty Between the United States of America and the Federal Republic of Germany Concerning Extradition, U.S.–F.R.G., Apr. 18, 2006, S. TREATY DOC. NO. 109-14 (2006).

6.      According to the information provided by the Government of Germany, JULIUS FELIX MARIA KRAUSE was charged with 30 counts of aggravated, continuous fraud in violation of Section 263(1) & (3) of the German Criminal Code, for which extradition is sought.[2]

7.      This offense was committed within the jurisdiction of Germany. A warrant for JULIUS FELIX MARIA KRAUSE's arrest (the "Hamburg Arrest Warrant") was issued by Judge Christensen-Nelthropp, Local Court Judge of Division 164 of the Hamburg Local Court, on or about June 13, 2022.[3] Based on representations made by representatives of the Government of Germany, the Hamburg Arrest Warrant remains valid and enforceable in Germany.

8.      The Extradition Request presents the following information, obtained by authorities in Germany, from the findings of the Hamburg State Department of Criminal Investigation, bank records, contract documents seized at JULIUS FELIX MARIA KRAUSE's former residence, and victim statements:

      a. From in or about November 2017 to in or about August 2020, KRAUSE purported to act as an asset manager and solicited investment funds from victims, promising low-risk investments that would yield high returns. KRAUSE executed asset management contracts with victims, stating that KRAUSE would be entrusted with the victims' assets and that he could not use those assets for personal benefit. However, KRAUSE did not invest those funds and instead converted those funds for personal use and to settle claims made by earlier victims.

      b. German authorities have charged KRAUSE with 30 instances of fraud relating to 18 victims. According to the submissions from Germany, from in or about November 2017 through in or about August 2020, KRAUSE purported to act as an asset manager and solicited investment funds from victims, promising low-risk investments that would yield high returns. KRAUSE signed standardized asset management contracts with each of his victims, which stated that KRAUSE could not use the assets for his benefit or the benefit of third parties, a condition that KRAUSE uniformly violated. The language of the contract misled KRAUSE's victims into believing he would invest the capital on their behalf. In fact, KRAUSE invested nothing on the victims' behalf. Rather, KRAUSE used the funds to pay for private expenses, including purchasing or renting luxury items, and to settle claims made by former victims, effectively running a Ponzi scheme. Further, KRAUSE utilized fictitious "custody" account statements to deceive victims into believing that their money had been invested and, in some cases, to encourage further investments. In total, bank records and information from the victims reflect that KRAUSE obtained approximately €1,345,000 (approximately $1,588,445) and repaid only

---

[2] KRAUSE is accused of one additional count of fraud (Count 24), which is not forwarded to the Court for consideration.

[3] On or about June 20, 2022, Judge Christensen-Nelthropp issued a court order with a clerical correction to the Hamburg Arrest Warrant, which provided the correct "case reference number of the District Attorney's Office." (*See* Exh. A at 75). The Hamburg Arrest Warrant "remains unchanged in all other respects." (*Id.*)

€221,229.12 (approximately $261,272). A search of his apartment conducted on or about October 20, 2020, showed no business operations on the premises.

  c. Fraud in Relation to Victim Lukas Wenzel (Count 1). Wenzel provided investigators with a statement and contract documents reflecting that he entered into a contract in 2017 for KRAUSE to manage his assets for the purpose of capital investment. Records for Postbank account DEXX XXXX XXXX XXXX XX6116 ("KRAUSE's Postbank Account"), which KRAUSE opened, reflect that Wenzel transferred €8,000 (approximately $9,502) to KRAUSE on November 25, 2017, and another €2,000 (approximately $2,260) to KRAUSE on March 22, 2019. KRAUSE failed to invest the money on Wenzel's behalf and instead used the funds to pay third parties and to pay for personal expenses. Wenzel told investigators, and bank records confirm, that Wenzel received no return on his investment.

  d. Fraud in Relation to Victim Thekla Kriete (Counts 2 and 6). Kriete provided investigators with a statement and contract documents reflecting that she entered into a contract on January 26, 2018, for KRAUSE to manage her assets for the purpose of capital investment. Records from KRAUSE's Postbank account reflect that Kriete transferred €50,000 (approximately $59,295) to KRAUSE on December 21, 2017; another €50,000 (approximately $62,105) to KRAUSE on January 30, 2018; and a final €50,000 (approximately $61,690) to KRAUSE on February 7, 2018. Bank records and records from online payment provider Ayden reflect that KRAUSE failed to invest the funds on Kriete's behalf and instead transferred the money to his own bank accounts and used it to pay third parties, and personal expenses, including apartment rent and vacation expenses. Kriete told investigators that she received partial repayments in the amounts of €20,723.41, €39,422.71, and €10,000.

  e. Kriete also provided investigators with a statement and contract documents showing that she entered into another contract on March 14, 2018, for KRAUSE to manage her assets for the purpose of capital investment. Records for KRAUSE's Postbank account reflect that Kriete transferred €50,000 (approximately $61,845) to KRAUSE that same day. Records from online payment provider Kalixa reflect that KRAUSE failed to invest the funds on Kriete's behalf and instead used the funds to pay third parties, personal expenses, and tax debts. Kriete told investigators that she received partial repayments.

  f. Fraud in Relation to Victim Wera Viets ("Wera") (Counts 3 and 12). Wera provided investigators with a statement and contract documents showing that she entered into a contract on March 6, 2018, for KRAUSE to manage her assets for the purpose of capital investment. Records for KRAUSE's Postbank account reflect that Wera transferred €40,000 (approximately $49,644) to KRAUSE that same day. Kalixa and Paypal records reflect that KRAUSE failed to invest the funds on Wera's behalf and instead used the money to pay third parties, personal expenses, and tax debts.

  g. Wera also provided investigators with a statement and contract documents showing that she entered into an additional contract on October 1, 2018, for KRAUSE to manage her assets for the purpose of capital investment. Postbank and Kalixa records reflect that Wera transferred €47,000 (approximately $54,252) to KRAUSE on October 2, 2018, but KRAUSE

failed to invest the funds on Wera's behalf, instead using them for cash withdrawals, personal expenses (including apartment rent and wellness club membership), and partial repayment to another individual. Wera told investigators, and bank records confirmed, that she received no return on her investments.

      h. **Fraud in Relation to Victim Jan Viets ("Jan") (Count 4).** Jan provided investigators with a statement and contract documents showing that he entered into a contract on March 6, 2018, for KRAUSE to manage his assets for the purpose of capital investment. Records for KRAUSE's Postbank account reflect that Jan transferred €75,000 (approximately $93,083) to KRAUSE on March 26, 2018. PayPal and Kalixa records reflect that KRAUSE failed the invest the funds on Jan's behalf and instead used them for personal expenses. Jan told investigators that he received partial repayments totaling approximately €23,000.

      i. **Fraud in Relation to Victim Julian Bäron (Counts 5, 10, and 15).** Bäron provided investigators with a statement and contract documents showing that he entered into a contract on March 7, 2018, for KRAUSE to manage his assets for the purpose of capital investment. Records for KRAUSE's Postbank account reflect that Bäron transferred €8,000 (approximately $9,934) to KRAUSE on March 9, 2018. Additional records from Kalixa reflect that KRAUSE failed to invest the funds on Bäron's behalf and instead used them for personal expenses, such as paying private third parties and purchasing daily-use goods. Bäron told investigators that he received a partial repayment.

      j. Bäron also provided investigators with a statement and contract documents showing that he entered into another contract on July 5, 2018, for KRAUSE to manage his assets for the purpose of capital investment. Records for KRAUSE's Postbank account reflect that Bäron transferred €2,000 (approximately $2,342) to KRAUSE on July 4, 2018. Records from Kalixa reflect that KRAUSE failed to invest the funds on Bäron's behalf and instead used them to make online payments for personal expenses, including for his private apartment.

      k. Additionally, Bäron provided investigators with a statement and contract documents showing that he entered into a contract on February 6, 2019, for KRAUSE to manage his assets for the purpose of capital investment. Records for KRAUSE's Postbank account reflect that Bäron transferred €2,000 (approximately $2,279) to KRAUSE on February 7, 2019. KRAUSE failed to invest the funds on Bäron's behalf and instead used them to make payments via online payment provider PXP Financial ("PXP") and to pay for daily-use goods.

      l. **Fraud in Relation to Victim Bernd Rakowitz (Count 7).** Rakowitz provided investigators with a statement and contract documents showing that he entered into a contract in May 2018 for KRAUSE to manage his assets for the purpose of capital investment. Records for KRAUSE's Postbank account reflect that Rakowitz transferred €10,000 (approximately $11,708) to KRAUSE on May 23, 2018; €10,000 (approximately $11,420) to KRAUSE on August 20, 2018; and €20,000 (approximately $22,610) to KRAUSE on February 13, 2019. KRAUSE failed to invest the funds on Rakowitz's behalf and instead used them to make online payments (via PayPal, Kalixa, and PXP) and cash withdrawals, to pay third parties, to pay rent for his apartment, to transfer money to his own bank accounts, and to pay other personal expenses.

Rakowitz told investigators that he received a partial repayment of €15,000.

  m. Fraud in Relation to Victim Martha Elisabeth Mühle-Holzer (Counts 8 and 13). Mühle-Holzer provided investigators with a statement and contract documents showing that she entered into a contract in June 2018 for KRAUSE to manage her assets for the purpose of capital investment. Records for KRAUSE's Postbank account reflect that Mühle-Holzer transferred €50,000 (approximately $58,375) to KRAUSE on June 5, 2018. KRAUSE failed to invest the funds on Mühle-Holzer's behalf and instead used them to pay third parties, to make online payments via PayPal and Kalixa, to pay tax debts, to sponsor a horse-riding club, to transfer money to his own bank accounts, and to pay for other personal expenses. Mühle-Holzer told investigators, and bank records confirmed, that she received no return on her investment.

  n. Mühle-Holzer also provided investigators with a statement and contract documents, showing that she entered into a contract in November 2018, with KRAUSE to manage her assets for the purpose of capital investment. Records for KRAUSE's Postbank account reflect that Mühle-Holzer transferred €25,000 (approximately $28,380) to KRAUSE on November 23, 2018. KRAUSE failed to invest the funds on Mühle-Holzer's behalf and instead used them to pay third parties, to make online payments via Kalixa, to make cash withdrawals, to transfer money into his own bank accounts, to pay for his apartment, to settle his bank overdraft debt, and to pay for other personal expenses. Mühle-Holzer told investigators that she received a partial repayment in the amount of €2,000.

  o. Fraud in Relation to Victim Mike Burmeister (Count 9). Burmeister provided investigators with a statement and contract documents showing that he entered into a contract on June 12, 2018, for KRAUSE to manage his assets for the purpose of capital investment. Records for KRAUSE's Postbank account reflect that Burmeister transferred €5,000 (approximately $5,894) to KRAUSE that same day, and another €5,000 (approximately $5,677), on February 21, 2019. KRAUSE failed to invest the funds on Burmeister's behalf and instead used them to make online payments via PayPal, Kalixa, and PXP; to pay third parties; to pay tax debts; and to pay for other personal expenses. Burmeister told investigators, and bank records confirmed, that Burmeister received no return on his investment.

  p. Fraud in Relation to Victim Jens Martens (Counts 11 and 20). Martens provided investigators with a statement and contract documents reflecting that he entered into a contract on July 15, 2018, for KRAUSE to manage his assets for the purpose of capital investment. Records for KRAUSE's Postbank account reflect that Martens transferred €80,000 (approximately $93,144) to KRAUSE on July 16, 2018. KRAUSE failed to invest the funds on Martens's behalf and instead used them to make online payments via Kalixa, to sponsor a soccer club, to transfer money to his own bank accounts, to pay rent for his apartment, to pay other personal expenses, and to make cash withdrawals. Martens told investigators that he received partial repayments.

  q. Martens also provided investigators with a statement and contract documents showing that he entered into a contract on June 3, 2019, for KRAUSE to manage his assets for the purpose of capital investment. On June 5, 2019, Martens transferred €40,000 (approximately

$45,028) to Comdirect Bank account number DE04 XXXX XXX XXXX XX60 00 ("KRAUSE's Comdirect Bank account"), which bank records show KRAUSE opened. KRAUSE failed to invest the funds on Martens' behalf and instead used them to pay third parties, settle his bank overdraft debt, and pay for personal expenses. Martens told investigators that he received partial repayments.

   r. **Fraud in Relation to Victim Friederike Viets ("Friederike") (Counts 14 and 19).** Friederike provided investigators with a statement and contract documents showing that she entered into a contract on December 29, 2018, for KRAUSE to manage her assets for the purpose of capital investment. Records for KRAUSE's Postbank account reflect that Friederike transferred €20,000 (approximately $22,902) to KRAUSE on December 20, 2018. KRAUSE failed to invest the funds on Friederike's behalf and instead used them to pay third parties, settle his bank overdraft debt, and pay for personal expenses. Friederike told investigators that she received no return on her investment, which bank records confirmed.

   s. Friederike also provided investigators with a statement and contract documents showing that she entered into a contract on April 5, 2019, for KRAUSE to manage her assets for the purpose of capital investment. On April 8, 2019, Friederike transferred €9,500 (approximately $10,713) to N26 Bank account number DE70 XXXX XXXX XXXX XX11 58 ("KRAUSE's N26 Bank account"), which bank records confirm KRAUSE opened. KRAUSE failed to invest the funds on Friederike's behalf and instead used them to pay third parties, finance a trip, and pay for other personal expenses. Friederike told investigators that she received no return on her investment, which bank records confirmed.

   t. **Fraud in Relation to Victim Elisa Bäron ("Elisa") (Count 16).** Bäron, acting as a witness to the fraud, provided investigators with a statement and contract documents showing that Elisa entered into a contract on February 6, 2019, for KRAUSE to manage her assets for the purpose of capital investment. Records for KRAUSE's Postbank account reflect that KRAUSE received €5,000 (approximately $5,673) from Elisa on February 7, 2019. KRAUSE failed to invest the funds on Elisa's behalf and instead used them to pay third parties, make online payments via PXP, and pay for personal expenses.

   u. **Fraud in Relation to Victim Marco Geiger (Count 17).** Geiger provided investigators with a statement and contract documents showing that he entered into a contract on March 7, 2019, for KRAUSE to manage his assets for the purpose of capital investment. Records for KRAUSE's Postbank account reflect that Geiger transferred €2,200 (approximately $2,469) to KRAUSE on March 8, 2019. KRAUSE failed to invest the funds on Geiger's behalf and instead used them to pay third parties, make cash withdrawals, and pay for personal expenses. Geiger told investigators that he received no return on his investment, which bank records confirmed.

   v. **Fraud in Relation to Victim Manfred Viets ("Manfred") (Count 18).** Manfred provided investigators with a statement and contract documents showing that he entered into a contract on April 2, 2019, for KRAUSE to manage his assets for the purpose of capital investment. Records from KRAUSE's N26 Bank account reflect that Manfred transferred

€50,000 (approximately $56,000) to KRAUSE on April 5, 2019. KRAUSE failed to invest the funds on Manfred's behalf and instead used them to pay the rent for his apartment and other personal expenses, pay third parties, and make partial repayments to Kriete. Manfred told investigators that he received no return on his investment, which bank records confirmed.

   w. Fraud in Relation to Victim Kevin Parol (Counts 21, 26, and 31). Parol provided investigators with a statement and contract documents showing that he entered into a contract on November 19, 2019, for KRAUSE to manage his assets for the purpose of capital investment. Records for KRAUSE's N26 Bank account reflect he received €10,000 (approximately $11,058) from Parol on November 22, 2019. KRAUSE failed to invest the funds on Parol's behalf and instead used them to pay third parties, to make partial repayments to other individuals, to make payments to the online casino Electraworks, and to pay other personal expenses. Parol told investigators that he received no return on his investment, which bank records confirmed.

   x. Parol also provided investigators with a statement and contract documents showing that he entered into an additional contract on March 26, 2020, for KRAUSE to manage his assets for the purpose of capital investment. Records for KRAUSE's N26 Bank account reflect KRAUSE received €20,000 (approximately $21,954) from Parol on March 27, 2020. KRAUSE failed to invest the funds on Parol's behalf and instead used them to make partial repayments to another "investor," to make payments to online casinos Rootz and Wildz, and for other personal expenses. Parol told investigators that he received no return on his investment, which bank records confirmed.

   y. Parol provided investigators with another statement and contract documents showing that he entered into an additional contract on August 12, 2020, for KRAUSE to manage his assets for the purpose of capital investment. Records for KRAUSE's N26 Bank account reflect that Parol transferred €60,000 (approximately $70,626) to KRAUSE on August 13, 2020. KRAUSE failed to invest the funds on Parol's behalf and instead used them to pay third parties, to pay rent for his apartment, to make cash withdrawals, to make partial repayments to "clients," and to transact with online casino Rootz. Parol told investigators that he received no return on his investment, which bank records confirmed.

   z. Fraud in Relation to Victim Jozef Vasko (Counts 22 and 24). Vasko provided investigators with a statement and contract documents showing that he entered into a contract on November 23, 2019, for KRAUSE to manage his assets for the purpose of capital investment. Records for KRAUSE's N26 Bank account reflect that Vasko transferred €20,000 (approximately $22,040) to KRAUSE on November 26, 2019, and another €20,000 (approximately $22,040) to KRAUSE on November 27, 2019. KRAUSE failed to invest the funds on Vasko's behalf and instead used them to pay third parties, to make partial repayments to others, to grant a private loan, to make payments to online casino Electraworks, and to pay other personal expenses. Vasko told investigators that he received no return on his investment, which bank records confirmed.

   aa. Vasko also provided investigators with a statement and contract documents showing that he entered into an additional contract on March 5, 2020, for KRAUSE to manage

his assets for the purpose of capital investment. According to Vasko, and as confirmed by a purported custody account overview that KRAUSE gave him, KRAUSE received an additional €60,000 (approximately $67,122) from Vasko on March 4, 2020. KRAUSE failed to invest the money on Vasko's behalf, and Vasko told investigators that he received no return on his investment, which bank records confirmed.

bb. Fraud in Relation to Victim Jens Peters (Counts 23, 27, and 30). Peters provided investigators with a statement and contract documents showing that he entered into a contract on February 14, 2020, for KRAUSE to manage his assets for the purpose of capital investment. Records for KRAUSE's N26 Bank account reflect that Peters transferred €54,000 (approximately $59,233) to KRAUSE on February 17, 2020. KRAUSE failed to invest the funds on Peters' behalf and instead used them to pay third parties, to grant a private loan, to pay a deposit and rent for his private apartment, and to pay other personal expenses. Peters told investigators that he received no return on his investment, which bank records confirmed.

cc. Peters provided investigators with an additional statement and contract documents reflecting that he entered into another contract on March 27, 2020, for KRAUSE to manage his assets for the purpose of capital investment. Records from KRAUSE's N26 Bank account reflect that Peters transferred €66,000 (approximately $72,448) to KRAUSE on March 27, 2020. KRAUSE failed to invest the funds on Peters' behalf and instead used them to pay third parties, to make partial repayments to an "investor," to grant a private loan, make payments to online casinos Rootz and Wildz, and to pay other personal expenses. Peters told investigators that he received no return on his investment, which bank records confirmed.

dd. Peters also provided investigators with a statement and contract documents reflecting that he entered into an additional contract on June 29, 2020, for KRAUSE to manage his assets for the purpose of capital investment. Records for KRAUSE's N26 Bank account reflect that Peters transferred €50,000 (approximately $56,420) to KRAUSE on June 29, 2020. KRAUSE failed to invest the funds on Peters' behalf and instead used them to pay third parties, to rent a Porsche, to make partial repayments to other individuals, to pay online casino Rootz, and to pay other personal expenses. Peters told investigators that he received no return on his investment, which bank records confirmed.

ee. Fraud in Relation to Victim Ludwig Bispink (Count 25). Bispink provided investigators with a statement and contract documents reflecting that he entered into a contract on March 21, 2020, for KRAUSE to manage his assets for the purpose of capital investment. Records for KRAUSE's N26 Bank account reflect that Bispink transferred €20,000 (approximately $21,414) to KRAUSE on March 24, 2020. KRAUSE used the funds to make partial repayments to other individuals, to pay the online casino Rootz, and to pay other personal expenses. Bispink told investigators that he received no return on his investment, which bank records confirmed.

ff. Fraud in Relation to Victim Jens Buchloh (Count 28). Buchloh provided investigators with a statement and contract documents showing that he entered into a contract on April 1, 2020, for KRAUSE to manage his assets for the purpose of capital investment. Records

for KRAUSE's N26 Bank account reflect that Buchloh transferred €200,000 (approximately $218,720) to KRAUSE on April 6, 2020. KRAUSE failed to invest the funds on Buchloh's behalf and instead used them to partially repay other "investors" and to pay personal expenses, including to online casino Rootz and to jewelers. Buchloh told investigators that he received no return on his investment, which bank records confirmed.

    gg. <u>Fraud in Relation to Victim Danny Liepolt (Count 29).</u> Liepolt provided investigators with a statement and contract documents showing that he entered into a contract on June 3, 2020, for KRAUSE to manage his assets for the purpose of capital investment. Records for KRAUSE's N26 Bank account reflect that Liepolt transferred €50,000 (approximately $56,650) to KRAUSE on June 5, 2020. KRAUSE failed to invest the funds on Liepolt's behalf and instead used them to partially repay another "investor" and to pay various personal expenses, including rental payments for his apartment and a Bentley car, damage he caused to a Porsche car, and payment to online casino Rootz. Liepolt told investigators that he received no return on his investment, which bank records confirmed.

    hh. <u>Identification of KRAUSE</u>: The Government of Germany has provided photos of KRAUSE, copies of his fingerprints, and information concerning his German passport. U.S. law enforcement authorities confirm that the "Julius Felix Maria Krause" currently in the custody of U.S. Immigration and Customs Enforcement ("ICE") is the KRAUSE wanted by the Government of Germany based on the consistent appearance of the "Krause" in the Marshals' custody and the photos of KRAUSE provided by the Government of Germany.

  9.  JULIUS FELIX MARIA KRAUSE is currently in the custody of ICE, at the Orange County Correctional Facility, 110 Wells Farm Road, in Goshen, New York, in the Southern District of New York.

  WHEREFORE, the undersigned requests that a warrant for the arrest of the aforenamed person be issued in accordance with 18 U.S.C. § 3184 and the Treaty, and that this Complaint and the warrant be placed under the seal of the Court, except as disclosure is needed for its execution, until such time as the warrant is executed.

_[signature]_

Assistant United States Attorney

Sworn to before me this 7th day of August, 2025, at

2:03 pm NY,NY.

_[signature]_

United States Magistrate Judge