UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IN THE MATTER OF
THE EXTRADITION OF
JULIUS FELIX MARIA KRAUSE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

25 Mag. 2491

ORDER

(18 U.S.C. § 3184)

    The Court having received the Complaint filed on August 7, 2025, by Angela Zhu, Assistant United States Attorney for the Southern District of New York, pursuant to the request of the Government of Germany, for the extradition of Julius Felix Maria Krause ("Krause"), and an affidavit executed by Krause and witnessed by his attorney, Benjamin Gold, Esq., of the Federal Defenders;

    And, further, the Court having been advised in open session that Krause is a fugitive sought by the Government of Germany; that he is aware that the Government of Germany has filed charges against him and has obtained a warrant for his arrest; that he has reviewed the Complaint filed by the United States Attorney for this judicial district; that he has been fully advised of his rights in this country pursuant to the extradition treaty in force between the Government of the United States and the Government of Germany and Title 18, United States Code, §§ 3184-3196, and that he has knowingly and voluntarily waived those rights;

    IT IS THEREFORE ORDERED that Krause be committed to the custody of the United States Marshal pending the arrival of duly authorized representatives of the Government of Germany, at which time the United States Marshal shall deliver him, together with any evidence seized incidental to his arrest and sought by the Government of Germany, to the custody of such authorized representatives to be transported to Germany to be held for trial or other disposition; and

IT IS FURTHER ORDERED that the transfer of physical custody of Krause shall be at such time and place as mutually agreed upon by the United States Marshal and the duly authorized representatives of the Government of Germany.

The Clerk of the Court is directed to forward copies of this Order and the executed Affidavit of Waiver to the Director, Office of International Affairs, Criminal Division, Department of Justice, in Washington, D.C., and the Assistant United States Attorney.

SO ORDERED, this 22nd day of August, 2025.

_____
The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York